## BARBER v. THE STATE.
(Decided May 11, 1914.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Affirmed on the record, in the absence of bill of exceptions.

---

## BARKER v. TENNESSEE COAL, IRON & R. R. CO.
(Decided April 20, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

No counsel marked for appellant. PERCY, BENNERS & BURR, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## BLOUNT LUMBER CO. v. SOUTHERN GRAIN & FEED CO.
(Decided April 20, 1915.)

APPEAL from Blount Circuit Court.

Heard before Hon. JAMES E. BLACKWOOD.

No counsel marked for either party.

Per curiam. Appeal dismissed for want of prosecution.

---

## CAHABA COAL CO. v. HANBY.
(Decided April 22, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN C. PUGH.

No counsel marked for either party.

Per curiam. Motion to correct clerical error in appeal bond is denied.